# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00248-CR

**Michael Robinson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-06-302858, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

After pleading guilty, Michael Robinson was convicted of murder under the influence of sudden passion and sentenced to twenty years in prison. *See* Tex. Penal Code Ann. § 19.02 (West 2003). He seeks to appeal, but his notice of appeal is untimely and he surrendered his right to appeal.

Robinson pleaded guilty to the murder charge after the State agreed to the finding of sudden passion, which reduced the punishment range to that of a second-degree felony. *See id*.; *see also id*. § 12.32 (West 2003). Sentence was imposed in open court on June 24, 2008. The notice of appeal was due within 30 days (July 24, 2008) or 90 days (September 22, 2008) if a motion for new trial was filed. *See* Tex. R. App. P. 26.2. Robinson filed his notice of appeal on March 10, 2009, acknowledging that it was out of time. The district court informed Robinson by letter and by

certification that he has no right of appeal because he waived that right when he entered the plea agreement. *See* Tex. R. App. P. 25.2.

We dismiss Robinson's appeal because the notice was untimely filed and because the record lacks the required certification that he has the right to appeal. We dismiss as moot his motions for appointment of an appellate attorney and for appeal under incompetency to stand trial.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed

Filed: June 17, 2009

Do Not Publish

2